**IT IS ORDERED as set forth below:**



Date: September 4, 2025

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br>KIRA L. QUARLES<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. A25-58776-a998 |

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY
WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)**

On September 3, 2025 at 10:20 a.m., the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b) (Doc. No. 10) was scheduled for hearing before the Court. Present at the hearing was Counsel for the Chapter 13 Trustee; the Debtor did not appear. Based on the Trustee's Motion and a review of the record, it appears the Debtor has failed to obtain a Credit Counseling Service Certificate within the one hundred eighty (180) days prior to the filing of the case as required under 11 U.S.C. Section 109(h) and 11 U.S.C. Section 521(b). **THEREFORE**, **IT IS HEREBY**

**ORDERED**, that the Trustee's Motion is **GRANTED** and this case is **DISMISSED**.

The Clerk of the Court is directed to serve this Order on the parties included on the attached

Distribution List.

**END OF DOCUMENT**

Presented by:

/s/_____
Lisa Boardman Burnette
Attorney for Chapter 13 Trustee
GA Bar No.: 096192
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
lburnette@njwtrustee.com

**DISTRIBUTION LIST**

**CASE NO. A25-58776-a998**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**